# MEMORANDA.

SOPHIE COHEN ET AL., IMPL'D, ETC., V. JAMES N. CRANDALL ET AL.

[Opinion filed July 27, 1887.]

APPEAL from the Circuit Court of Cook County; the Hon. JOHN C. BAGBY, Judge, presiding.

Messrs. PINCKNEY & TATGE, for appellants.

Mr. LEVI SPRAGUE, for appellees.

*Per Curiam.* Mechanic's lien—Decree for material-men, affirmed on evidence.

---

VILLAGE OF HYDE PARK V. OLIVE J. MARSH, USE, ETC.

[Opinion filed July 27, 1887.]

APPEAL from the Superior Court of Cook County.

Mr. HENRY V. FREEMAN, for appellant.

Mr. CONSIDER H. WILLETT, for appellee.

*Per Curiam.* The facts being identical, judgment reversed in conformity with the opinion in Village of Hyde Park v. Corwith, 12 N. E. Rep. 238.